IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE U. FAUSTINO AND EVELYN
FAUSTINO,

        Plaintiffs,

             v.

COUNTRYWIDE BANK, N.A.; CTC
REAL ESTATE SERVICES; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; RECONTRUST
COMPANY, N.A. and DOES 1-250,
INCLUSIVE,

        Defendants.
_____/

Case No. 10-cv-0399-JAM-GGH

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS

    This matter comes before the Court on Defendants Bank of
America, N.A. as successor to Countrywide Bank, FSB (erroneously
sued as Countrywide Bank, N.A.), CTC Real Estate Services,
Mortgage Electronic Registration Systems, Inc., and ReconTrust
Company, N.A.'s (collectively "Defendants'") Motion to Dismiss
(Docket #8) Plaintiffs Ronnie U. Faustino and Evelyn Faustino's

1

("Plaintiffs'") Complaint (Docket #1). Defendants seek dismissal for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs did not oppose the motion.[1] The Court takes judicial notice of the documents requested by Defendants.

Plaintiffs did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiffs' counsel, George Holland, Jr., $250.00 unless he shows good cause for his failure to comply with the Local Rules.

                              ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE. It is further ordered that within ten (10) days of this Order, George Holland, Jr. shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2)

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

2

submit a statement of good cause explaining his failure to

comply with Local Rule 230(c).


     IT IS SO ORDERED.


Dated: May 10, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE